## NORDAN V. THE STATE.

*Murder.*,

(Decided Jan. 24, 1907.)

APPEAL from Anniston City Court.

Heard before Hon. H. A. PEARCE.

M. SOLLIE, and ESPY & FARMER, for appellant.

MASSEY WILSON, Attorney General, for State.

DOWDELL, J.—The court's finding is approved and the cause affirmed.

TYSON, C. J., ANDERSON, and MCCLELLAN, JJ., concur.

---

## PARKER, ET AL. V. LE GRAND.

*Assumpsit.*

(Decided Feb. 6, 1907.)

APPEAL from Anniston City Court.

Heard before Hon. THOMAS W. COLEMAN, JR.

J. J. WILLETT, for appellant.

BLACKWELL & AGEE, for appellee.

DOWDELL, J.—The court's finding is approved and the cause affirmed.

TYSON, C. J., ANDERSON and MCCLELLAN, JJ., concur.

---

## PEOPLES HOME TELEGRAPH CO. V. SCREIGHT.

*Damages.*

(Decided Dec. 19, 1906.)

APPEAL from Jefferson Circuit Court.

Heard before Hon. A. A. COLEMAN.

WEATHERLY & STOKELY, for appellant.

BOWMAN, HARSH & BEDDOW, for appellee.

Per curiam.—Dismissed by agreement of parties.